IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EAGLE AVIATION TECHNOLOGIES, LLC,

Plaintiff,

v.

CARSON HELICOPTERS, INC.

Defendant.

CIVIL ACTION
NO. 15-5216

## ORDER

**AND NOW,** this 24th day of October 2016, upon consideration of Plaintiff's Petition to Vacate Arbitration Award (Doc. No. 1), Defendant's Response in Opposition and Cross-Petition to Confirm Arbitration Award (Doc. No. 6), Plaintiff's Response to Defendant's Cross-Petition to Confirm Arbitration Award (Doc. No. 8), Plaintiff's Memorandum in Support of Petition to Vacate Arbitration Award (Doc. No. 14), Defendant's Memorandum of Law in Opposition to Plaintiff's Petition to Vacate Arbitration Award and in Support of its Cross-Petition to Confirm Arbitration Award (Doc. No. 15), and Plaintiff's Reply Memorandum (Doc. No. 16), it is **ORDERED** that:

1.      The Petition to Vacate Arbitration Award is **DENIED;**

2.      The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

.